# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 4, 2017

## NO. 03-17-00140-CR

**Duone Titus-Ray Hairston, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment of conviction to delete any reference to appellant pleading to enhancement paragraphs. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.